# STATE OF MICHIGAN

# COURT OF APPEALS

---

AMBER ELIZABETH ADAMS,

        Plaintiff-Appellant,

v

STEPHEN CHARLES ADAMS, II,

        Defendant-Appellee.

UNPUBLISHED
December 6, 2018

No. 343170
Wayne Circuit Court
LC No. 17-101934-DM

---

Before: SHAPIRO, P.J., and CAVANAGH and K. F. KELLY, JJ.

SHAPIRO, P.J. (*concurring*).

In addition to remanding for findings on the best-interest factors, I would remand also for findings as to spousal support. As the majority notes, the trial court denied spousal support without explanation.[1] Without such findings, I do not think we can find that the decision was fair and equitable. In all other respects, I concur with my colleagues.

/s/ Douglas B. Shapiro

---

[1] It also appears that the trial court likely erred by ordering that spousal support would be nonmodifiable, but this aspect of the judgment of divorce was not challenged on appeal.

-1-